IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEFFREY LYNN SAKEMILLER,

        Petitioner,

vs.                                     CASE NO.  5:06cv4-SPM/MD

JAMES CROSBY,

        Respondent.

_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated January 30, 2006 (doc.5).  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 5) is ADOPTED and incorporated by reference in this order.

2.    The § 2254 petition (doc. 1) is dismissed without prejudice to

Petitioner's opportunity to refile if he receives permission from the Eleventh Circuit to file a second or successive petition.

3.      The clerk shall send to Petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

DONE AND ORDERED this 1st day of March, 2006.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge